

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2021

No. 04-20-00596-CV

**IN THE INTEREST OF L.J.K. AND C.A.K., CHILDREN**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI01008
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

The clerk's record was filed on January 7, 2021. The reporter's record was originally due to be filed in this appeal on January 12, 2021. On January 25, 2021, this court notified the court reporter responsible for preparing the record, Ms. Judy Busbee-Mata, that the reporter's record was late. Ms. Busbee-Mata was directed to file a notification of late record if she had not received payment no later than February 4, 2021. Otherwise, the reporter's record was due February 24, 2021. Neither a notification of late record nor the reporter's record were filed by the extended deadline.

Accordingly, on March 1, 2021, this court ordered Ms. Busbee-Mata to file the reporter's record in this court no later than March 31, 2021. On March 2, 2021 and again on March 16, 2021, Ms. Busbee-Mata filed a letter with this court stating she would immediately file a notification of late record. No notification has been filed. However, in her letters, she states no attorney has requested a reporter's record from her or made arrangements to pay for the record.

Accordingly, if appellant desires a reporter's record, he is hereby ORDERED to (1) request in writing, **no later than March 29, 2021**, that a reporter's record be prepared and (2) designate in writing, **no later than March 29, 2021**, the exhibits and those portions of the record to be included in the reporter's record. *Id.* The appellant is hereby ORDERED to file a copy of the request with both the trial court clerk, *id.* at 34.6(b)(2), and this court **no later than March 29, 2021**.

It is further ORDERED that appellant provide written proof to this court **no later than March 29, 2021** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* Tex. R. App. P. 37.3(c).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2021.



_____
Michael A. Cruz,
Clerk of Court